UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT, OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NUMBER: 1:19-cv-00425-CG-B |
| CLIMATEMP COOLING & HEATING, INC., | ) ) ) |
| Defendant. | ) ) |
| CHARLOTTE DEAKLE, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CLIMATEMP COOLING & HEATING, INC.; RANDY ENGLEBERT; and STAN ENGLEBERT. | ) ) ) ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

It is hereby ORDERED, ADJUDGED, and DECREED that a judgment by Consent is to be entered in this cause in favor of the Plaintiff, Charlotte Deakle, and against the Defendants Climatemp Cooling & Heating, Inc., Randy Englebert, and Stan Englebert, for the sum of FORTY-FIVE THOUSAND and 00/100THS DOLLARS ($45,000.00), with prejudice. The parties shall bear their own fees, costs, and expenses.

DONE and ORDERED this 12th day of April, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE